**Jenean McBREARTY, Plaintiff—Appellant,**

v.

**CENTRAL TEXAS COLLEGE; et al., Defendants—Appellees.**

No. 03–35854.

D.C. No. CV–02–05249–FDB.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 15, 2004.*

Decided June 23, 2004.

Appeal from the United States District Court for the Western District of Washington, Franklin D. Burgess, District Judge, Presiding.

Jenean McBrearty, Des Moines, IA, pro se.

Jerret E. Sale, Esq., Deborah L. Carstens, Esq., Bullivant Houser Bailey, PC, Seattle, WA, for Defendants–Appellees.

Before LEAVY, THOMAS, and FISHER, Circuit Judges.

## MEMORANDUM **

Jenean McBrearty appeals pro se the district court's summary judgment in favor of defendants in her employment discrimination action alleging violations of the Age Discrimination in Employment Act ("ADEA"), 42 U.S.C. § 1983 and Washington state laws. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, and we affirm because McBrearty did not raise any genuine issues of material fact which would allow her to proceed on any of her claims. *See Vasquez v. County of L.A.*, 349 F.3d 634, 639–640 (9th Cir. 2003).

AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the